FILED
CLERK, U.S. DISTRICT COURT

4/5/18

CENTRAL DISTRICT OF CALIFORNIA
BY: ___sr___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WENDY BENGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA, FIA CARD SERVICES, PORTFOLIO RECOVERY ASSOCIATES, LLC AMD DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-07503-JFW-GJS<br><br>Hon. John F. Walter<br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA FIA CARD SERVICES** |

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Bank of America FIA Card Services be and is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: __April 5, 2018__

_/s/ John F. Walter_
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE